JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE T. TURNER,<br><br>            Plaintiff,<br><br>     vs.<br><br>P. FINANDER,<br><br>            Defendant. | Case No.  CV 14-6786-CAS (RNB)<br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 17, 2015

                                                                    _____
                                                                    CHRISTINA A. SNYDER
                                                                    UNITED STATES DISTRICT JUDGE